*Charles A. Davis* v. *The American Life Insurance and Trust Company and others.* E. SANDFORD, for the complainant; J. RHOADES, for defendants. Order appealed from affirmed with costs, but without prejudice to complainant's right to renew the application for an injunction, as to the Sterling note, on an amended, or a new bill.